OPINION — AG — THE OKLAHOMA CONSTITUTION, ARTICLE XIII-A, SECTION 3 AUTHORIZES THE STATE REGENTS FOR HIGHER EDUCATION TO ALLOCATE LEGISLATIVE APPROPRIATIONS TO EACH INSTITUTIONS OF HIGHER EDUCATION FOR SPECIFIC PURPOSES BASED UPON WHAT THE STATE REGENTS FOR HIGHER EDUCATION DETERMINE TO BE THE NEEDS OF A PARTICULAR INSTITUTION. FURTHERMORE, IT IS THE OPINION OF THE ATTORNEY GENERAL THAT 62 O.S. 1961 41.14 [62-41.14], IS CONSTITUTIONAL. CITE: 62 O.S. 1961, 41.1-41.38 [62-41.1] — [62-41.38], ARTICLE VI, SECTION 31, OPINION NO. 64-191, 70 O.S. 1961 1981 [70-1981], 70 O.S. 1961 1986 [70-1986], 70 O.S. 1961 1989 [70-1989] (PENN LERBLANCE) ** SEE: OPINION NO. 68-164 (1968) ** ** SEE: OPINION NO. 79-012 (1979) **